JS-6

*[Clerk's stamp: FILED, CLERK, U.S. DISTRICT COURT, APR -1 2014, CENTRAL DISTRICT OF CALIFORNIA]*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Mattel, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Donald F. Glut, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:13-CV-4543 R (MANx)<br><br>Assigned to the Honorable Manuel L. Real<br><br>[~~PROPOSED~~] **JUDGMENT IN FAVOR OF PLAINTIFF MATTEL, INC.** |

This action came on for hearing before the above-captioned Court on March 3, 2014, the Honorable Manuel L. Real, United States District Judge, presiding, on The Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (the "Motion for Summary Judgment") of Plaintiff Mattel, Inc. ("Mattel"). The Court having fully considered all papers and evidence filed in support of and opposition to the Motion for Summary Judgment, and, after fully considering such issues, having rendered a decision to grant the Motion for Summary Judgment in its entirety,

IT IS HEREBY ORDERED AND ADJUDGED THAT

1. Any claim by Defendant Donald Glut ("Defendant") of ownership of the copyrights in the "Fighting Foe-Men" (referred to in the Complaint as the "Treatment") and/or the four Mini-Comics described in the Complaint is barred by the equitable doctrine of laches;

2. Defendant cannot assert any claim of ownership in the copyrights in the "Fighting Foe-Men" or the four Mini-Comics;

3. Mattel is the sole owner of the copyrights in the four Mini-Comics;

4. Mattel's claim for declaratory relief regarding ownership of the copyright in the "Fighting Foe-Men" is moot and dismissed without prejudice; and

5. Mattel shall recover its costs.

DATED: __April 1__, 2014

_____
The Honorable Manuel L. Real
United States District Judge